420

635 A.2d 1040

CROSSGATES, INCORPORATED, Appellant,

v.

BOARD OF COMMISSIONERS OF PUBLIC GROUNDS AND BUILDINGS; Catherine Baker Knoll, State Treasurer, as a Member of the Board of Commissioners of Public Grounds and Buildings; Michael H. Hershock, Secretary of the Budget and Designee of the Governor of the Commonwealth of Pennsylvania to serve as a Member of the Board of Commissioners of Public Grounds and Buildings; and Department of General Services of the Commonwealth of Pennsylvania, Appellees.

Supreme Court of Pennsylvania.

Argued May 4, 1993.

Decided Jan. 21, 1994.

Edward B. Friedman, Elliott S. Katz, for appellant.

Michael K. Coran, Michael J. Revness, Mark C. Alderman, Jose Morales, Asst. Cn.—DGS, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

### ORDER

PER CURIAM.

Order affirmed.

LARSEN, J., did not participate in the decision of this case.

MONTEMURO, J., who was an appointed Justice of the court at the time of argument, participated in the decision of this case in his capacity as a Senior Justice.